KAREN P. HEWITT
United States Attorney
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
California Bar. No. 201352
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-7425 /(619) 235-2757 (Fax)
Email: Christopher.M.Alexander@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1623-DMS |
| Plaintiff, | HEARING DATE:  June 27, 2008<br>TIME:  2:00 p.m. |
| v. | UNITED STATES' MOTIONS FOR:<br>(1) RECIPROCAL DISCOVERY; AND<br>(2) FINGERPRINT EXEMPLARS. |
| JOSE VICTOR FLORES-SAVALA, | |
| Defendant. | TOGETHER WITH MEMORANDUM OF POINTS AND AUTHORITIES |

1  COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel,
2  KAREN P. HEWITT, United States Attorney, and Christopher M. Alexander, Assistant United States
3  Attorney, and hereby files its Motions for Reciprocal Discovery and Fingerprint Exemplars. These
4  Motions are based upon the files and records of the case together with the attached memorandum of
5  points and authorities.

**I**

**STATEMENT OF THE CASE**

8  On May 21, 2008, an Indictment was returned in the Southern District of California charging
9  Defendant Jose Victor Flores-Savala ("Defendant") with being a deported alien found in the United
10 States, in violation of 8 U.S.C. § 1326(a) and (b). On May 22, 2008, the Court arraigned Defendant on
11 the Indictment and entered a not guilty plea. After a status hearing on May 27, 2008, the Court
12 scheduled a motion hearing date for June 27, 2008.

**II**

**THE UNITED STATES' MOTION FOR
RECIPROCAL DISCOVERY SHOULD BE GRANTED**

16 On May 6, 2008, the United States provided discovery. As of this date, Defendant has produced
17 no reciprocal discovery. The United States requests that Defendant comply with Rule 16(b) of the
18 Federal Rules of Criminal Procedure, as well as Rule 26.2 which requires the production of prior
19 statements of <u>all</u> witnesses, except for those of Defendant. Defendant has not provided the United States
20 with any documents or statements. Accordingly, the United States will object at trial and ask this Court
21 to suppress any evidence at trial which has not been provided to the United States.

**III**

**THE UNITED STATES' MOTION FOR
FINGERPRINT EXEMPLARS SHOULD BE GRANTED**

25 Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was
26 an alien, previously deported, and without permission to reenter the United States. To make that
27 showing, the United States may call an expert in fingerprint identification to match Defendant's
28 fingerprints to relevant evidence. The most efficient and conclusive manner of establishing this

information is to permit the expert witness himself to take a set of Defendant's fingerprints for comparison.

A defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S. 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate a defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987). The United States, therefore, requests that this Court order that Defendant make himself available for fingerprinting by the United States.

## IV

## **CONCLUSION**

For the foregoing reasons, the United States requests that the Court grant its motions for reciprocal discovery and fingerprint exemplars.

DATED: June 3, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　*s/Christopher M. Alexander*
　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. ALEXANADER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　United States of America
　　　　　　　　　　　　　　　　　　　Email: Christopher.M.Alexander@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>JOSE VICTOR FLORES-SAVALA,<br><br>    Defendant. | Criminal Case No.  08CR1623-DMS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motions for (1) reciprocal discovery and (2) fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Federal Defenders of San Diego, Inc.
  Atty for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

               *s/Christopher M. Alexander*
               CHRISTOPHER M. ALEXANDER