AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/  Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City                    State              Zip Code |
|  | Phone Number                             Fax Number |

1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose Victor Flores-Savala

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08CR1623-DMS |
| 12             Plaintiff, | ) | |
| 13  v. | ) | **CERTIFICATE OF SERVICE** |
| 14  JOSE VICTOR FLORES-SAVALA, | ) | |
| 15             Defendant. | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                  U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov; and

20              Christopher Michael Alexander
21  Christopher.M.Alexander@usdoj.gov,maria.richardson@usdoj.gov,efile.dkt.gc1@usdoj.gov

22                          Respectfully submitted,

24  DATED:    June 18, 2008                /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
25                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Jose Victor Flores-Savala